```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 03878
  MARK GERVAIS
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

         Debtor
  SSN XXX-XX-4649


---------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

      1.  The case was filed on 03/06/07 .

      2.  The case was converted to Chapter 7 without confirmation, 06/29/2007.

---------------------------------------------------------------------------------
CREDITOR NAME             CLASS             CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
---------------------------------------------------------------------------------
CHASE HOME FINANCE        CURRENT MORTG          .00             .00           .00
CHASE HOME FINANCE        MORTGAGE ARRE    NOT FILED             .00           .00
AMERICAN GENERAL FINANCE  SECURED VEHIC    NOT FILED             .00           .00
CITIFINANCIAL             SECURED VEHIC    NOT FILED             .00           .00
LAKE COUNTY COLLECTOR     SECURED               .00              .00           .00
ALLIED BANK CARD          UNSECURED        NOT FILED             .00           .00
CAPITAL ONE FINANCIAL     UNSECURED        NOT FILED             .00           .00
CAPITAL ONE FINANCIAL     UNSECURED        NOT FILED             .00           .00
CHASE MANHATTAN BANK USA  UNSECURED        NOT FILED             .00           .00
CHASE MANHATTAN BANK USA  UNSECURED        NOT FILED             .00           .00
CHASE MANHATTAN BANK USA  UNSECURED        NOT FILED             .00           .00
HSBC                      UNSECURED        NOT FILED             .00           .00
HSBC                      UNSECURED        NOT FILED             .00           .00
HSBC                      UNSECURED        NOT FILED             .00           .00
ONE CLICK CASH            UNSECURED        NOT FILED             .00           .00
PAYDAY SELECT             UNSECURED        NOT FILED             .00           .00
QUIK PAYDAY.COM           UNSECURED        NOT FILED             .00           .00
TURNER ACCEPTANCE         UNSECURED        NOT FILED             .00           .00
         Summary of disbursements:
---------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00          .00           .00           .00
PRINCIPAL PAID        .00         .00          .00           .00           .00
INTEREST PAID         .00         .00          .00           .00           .00
TOTAL PAID            .00         .00          .00           .00           .00
The Debtor's attorney, KENNETH J CHAPMAN              , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 09/26/07                              /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

                              PAGE   2
       CASE NO. 07 B 03878 MARK GERVAIS